# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONNA CLARK, ) | |
| on behalf of herself and all ) | |
| others similarly situated, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 1:14-cv-236-TCB |
| NEIMAN MARCUS GROUP, LTD, ) | |
| LLC, dba NEIMAN MARCUS, ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

COMES NOW, the Plaintiff, Donna Clark, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and voluntarily dismisses her claims against Defendant without prejudice.

1

Respectfully submitted this 11th day of March, 2014, by:

/s/ W. Lewis Garrison, Jr.
W. Lewis Garrison (GA Bar #: 286815)
HENINGER GARRISON DAVIS LLC
2224 First Avenue North
Birmingham, AL 35203
P: (205) 326-3336
F: (205) 380-8085
Lewis@hgdlawfirm.com

/s/ James F. McDonough, III
James F. McDonough, III (GA Bar #: 117088)
HENINGER GARRISON DAVIS LLC
3621 Vinings Slope
Suite 4320
Atlanta, GA 30339
P: (404) 996-0860
F: (205) 380-8076
JMcdonough@hgdlawfirm.com

*Attorneys for Plaintiff*

Local Rule 7.1 Compliance Certificate

Pursuant to L.R. 7.1.D, this certifies that the foregoing document complies with the font and point selections approved by L.R. 5.1.C. The foregoing document was prepared using Times New Roman font in 14 point.

Respectfully submitted this 11th day of March, 2014, by:

/s/ W. Lewis Garrison, Jr.
W. Lewis Garrison (GA Bar #: 286815)
HENINGER GARRISON DAVIS LLC
2224 First Avenue North
Birmingham, AL 35203
P: (205) 326-3336
F: (205) 380-8085
Lewis@hgdlawfirm.com

/s/ James F. McDonough, III
James F. McDonough, III (GA Bar #: 117088)
HENINGER GARRISON DAVIS LLC
3621 Vinings Slope
Suite 4320
Atlanta, GA 30339
P: (404) 996-0860
F: (205) 380-8076
JMcdonough@hgdlawfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2014, I caused the foregoing to be filed via the CM/ECF service, which will provide notice and copy of same to all attorneys of record, including:

Cari K. Dawson
Alston & Bird LLP
1201 West Peachtree Street
One Atlantic Center
Atlanta, GA 30309-3424
cari.dawson@alston.com

Steven M. Bierman
James Daniel Arden
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Phone: (212) 839-5300
sbierman@sidley.com
jarden@sidley.com

/s/ W. Lewis Garrison, Jr.
OF COUNSEL